HARRINGTON, FOXX, DUBROW & CANTER, LLP
SUSAN A. WATSON, State Bar No. 67954
650 California Street, 19th Floor
San Francisco, California 94108
Telephone (415) 288-6600
Facsimile (415) 288-6618

Attorneys for INTERSTATE DISTRIBUTOR
COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHEN F. MURRAY | CASE NO. 2:05-CV-00154-MCE-PAN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER PRECLUDING PLAINTIFF'S RECOVERY OF NON-ECONOMIC DAMAGES |
| INTERSTATE DISTRIBUTOR COMPANY, KEITH A. TEAL, and DOES 1 to 30, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff GRETCHEN MURRAY and defendants INTERSTATE DISTRIBUTOR COMPANY and KEITH A. TEAL, through their respective attorneys of record, as follows:

    1.    That plaintiff GRETCHEN MURRAY was the owner and operator of a motor vehicle involved in the accident giving rise to the present action,

    2.    That plaintiff GRETCHEN MURRAY cannot establish her financial responsibility as the owner and operator of that vehicle as required by the financial responsibility laws of the State of California.

3. That plaintiff GRETCHEN MURRAY is therefore precluded by California Civil Code § 3333.4 from recovering non-economic losses to compensate for pain, suffering, inconvenience, physical impairment, disfigurement, and other non-pecuniary damages.

DATED: September 2. 2005            PETERS, RUSH, HABIB & McKENNA

By: /s/ James P. McKenna
JAMES P. McKENNA
Attorneys for Plaintiff GRETCHEN MURRAY

DATED: September 15, 2005           HARRINGTON, FOXX, DUBROW & CANTER

By /s/ Susan A. Watson
SUSAN A. WATSON
Attorneys for Defendants INTERSTATE DISTRIBUTOR COMPANY and KEITH A. TEAL

ORDER

PURSUANT TO THE STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that Plaintiff GRETCHEN MURRAY is precluded from, and cannot recover, non-economic losses to compensate for pain, suffering, inconvenience, physical impairment, disfigurement, and other non-pecuniary damages, within the meaning of California Civil Code § 3333.4

DATED: September 21, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

–