HARRINGTON, FOXX, DUBROW & CANTER, LLP
SUSAN A. WATSON, State Bar No. 67954
650 California Street, 19th Floor
San Francisco, California 94108
Telephone (415) 288-6600
Facsimile (415) 288-6618

Attorneys for INTERSTATE DISTRIBUTOR COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHEN F. MURRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERSTATE DISTRIBUTOR COMPANY,<br>KEITH A. TEAL, and DOES 1 to 30,<br><br>        Defendants. | Case No. CIV-S-05-0154 MCE/PAN<br><br>**ORDER CONTINUING DISCOVERY CUT-OFF AND DATE FOR DISCLOSURE OF EXPERTS**<br><br>TRIAL DATE: September 13, 2006 |

Based on the Stipulation and Stipulated Request to Continue Date for Disclosure of Experts, and good cause appearing therefore, the deadline for disclosure of experts is extended to April 10, 2006, and the discovery cut-of date is extended to February 13, 2006.

Date: December 13, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE