UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GRETCHEN F. MURRAY,                    No. 2:05-cv-0154-MCE-PAN

       Plaintiff,

   v.                                     **ORDER RE: SETTLEMENT AND
DISPOSITION**

INTERSTATE DISTRIBUTOR
COMPANY; KEITH A. TEAL; and
DOES 1 through 10,

       Defendants.
_____/

    Pursuant to the representations of the attorney for

defendants, the court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160,

dispositional documents are to be filed on or before March 1,

2006.

///

///

///

///

///

///

1    Failure to comply with this order may be grounds for the

2 imposition of sanctions on any and all counsel as well as any

3 party or parties who cause non-compliance with this order.

4 IT IS SO ORDERED.

5 DATED: February 10, 2006

6

7

8                                 _____
                                  MORRISON C. ENGLAND, JR

9                                 UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28