1  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   SUSAN A. WATSON, State Bar No. 67954
2  650 California Street, 19th Floor
   San Francisco, California 94108
3  Telephone (415) 288-6600

4

   Attorneys for INTERSTATE DISTRIBUTOR
5  COMPANY and KEITH A. TEAL

6

7

8              **UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 GRETCHEN F. MURRAY,            ) CASE NO. 2:05-CV-0154-MCE-PAN
                                  )
12         Plaintiff,              )
                                  ) STIPULATION AND ORDER OF DISMISSAL
13     v.                          ) WITH PREJUDICE
                                  )
14                                )
   INTERSTATE DISTRIBUTOR COMPANY; )
15 KEITH A. TEAL; and DOES 1 through 10. )
                                  )
16         Defendants.             )
                                  )
17 _____ )

18

19      TO: THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20      GRETCHEN F. MURRAY, plaintiff to this action, hereby stipulates to the dismissal with

21 prejudice of INTERSTATE DISTRIBUTOR COMPANY and KEITH A. TEAL, from the above

22 referenced action filed by GRETCHEN F. MURRAY against INTERSTATE DISTRIBUTOR

23 COMPANY; KEITH A. TEAL; and DOES 1 through 10.

24      This stipulation for dismissal is made pursuant to a FULL RELEASE OF ALL CLAIMS, a

25 copy of which is attached to this stipulation as Exhibit A.

26 ///

27 ///

28 ///

---

STIPULATION AND ORDER OF DISMISSAL

The parties further stipulate that each party is to bear its own costs and attorneys fees.

IT IS SO STIPULATED:

DATED: February ___, 2006                    HARRINGTON, FOXX, DUBROW & CANTER, LLP


By: _____
    SUSAN A. WATSON
    Attorneys for INTERSTATE DISTRIBUTOR
    COMPANY and KEITH A. TEAL


DATED: February ___, 2006                    PETERS, RUSH, HABIB & MCKENNA


By: _____
    JAMES P. MCKENNA
    Attorney for GRETCHEN F. MURRAY


IT IS SO ORDERED.

DATED: February 23, 2006


_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE